**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 21, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00408-CV

_____

## HILARIO R. HERNANDEZ A/K/A HILARIO RAMOS HERNANDEZ, Appellant

## V.

## CHRISTINA M. FOOS, INDIVIDUALLY AND AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF BELINDA G. HERNANDEZ, DECEASED, Appellee

**On Appeal from the County Court at Law No. 2 & Probate Court
Brazoria County, Texas
Trial Court Cause No. PR39396A**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 23, 2019. On January 6, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson.